**Order filed, April 26, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00172-CR
_____

**Torrian Marcel Glass, Appellant**

**V.**

**The State of Texas, Appellee**

_____

## NO. 14-12-00173-CR
_____

**Torrian Marcel Glass, Appellant**

**V.**

**The State of Texas, Appellee**

---

**On Appeal from the 183rd District Court
Harris County, Texas
Trial Court Cause No. 1294931 and 1294932**

---

# ORDER

The reporter's record in this case was due **April 23, 2012**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Billy Jalufka**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM